1054

[No. 38944-4-II.   Division Two.   March 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN WADE
McKNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00287-3, Wm. Thomas McPhee, J., entered February 26, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 39043-4-II.   Division Two.   March 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. D.R., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-8-00262-2, Gordon Godfrey, J., entered March 5, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 27728-3-III.   Division Three.   March 4, 2010.]

*In the Matter of the Marriage of* MONA LISA KELLER,
*Respondent*, and DALE C. KELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 06-3-00038-2, Rebecca M. Baker, J., entered December 19, 2008. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27859-0-III.   Division Three.   March 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE GEORGE
FISCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03319-1, Tari S. Eitzen, J., entered February 18, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.